1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          CASE NO.:   20cr1250-DMS

12                      Plaintiff,
                                        **ORDER ALLOWING VTC PLEA**
13        v.

14   ESTEFANIA AMADOR,

15                      Defendant.

16

17        The Court grants Ms. Amador's request to enter a plea by VTC.  The Court

18   finds under Section 15002(b)(2)(A) of the CARES Act and Chief Judge Orders 52

19   and 52A that delay would cause serious harm to the interests of justice.

20        **IT IS SO ORDERED.**

21   Dated:  January 12, 2021

22                                        _____

23                                        Hon. Dana M. Sabraw
                                          United States District Judge
24

25

26

27

28